**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 12 2025

MITCHELL R. ELFERS
CLERK

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

25cv1124 GJF

Brittney Brewer
1530 North Gila Drive
Hobbs, Lea County, New Mexico 88240
(575) 602-4556
brittneybrewer10@yahoo.com

Plaintiff,

v.

Boy Scouts of America – Conquistador Council
Attn: Carl Shelton, Scout Executive
2603 North Aspen Avenue
Roswell, New Mexico 88201

Defendant.

Case No. _____ (to be assigned by the Court)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. JURISDICTION AND VENUE

1. This action is brought under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., and other applicable federal laws prohibiting discrimination and retaliation.
2. Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1343, as this action arises under federal law.
3. Venue is proper in the District of New Mexico because the events giving rise to this action occurred in Roswell and Hobbs, New Mexico, where Defendant operates and employed Plaintiff.

### II. PARTIES

4. Plaintiff Brittney Brewer is a resident of Hobbs, Lea County, New Mexico.
5. Defendant Boy Scouts of America – Conquistador Council ("Defendant") is a non-profit organization headquartered in Roswell, New Mexico.
6. At all relevant times, Plaintiff was employed by Defendant as a District Executive.
7. Plaintiff reported to Patrick Smith, who served in a supervisory role under Scout Executive Carl Shelton, and both exercised supervisory authority over Plaintiff.

III. STATEMENT OF CLAIMS

8. Plaintiff began employment with Defendant on or about January 2, 2024, as a District Executive responsible for community engagement, membership growth, and district development.

9. Plaintiff performed her job duties with distinction, achieving measurable growth in Lee County by the end of 2024, including a 7.25% increase in Cub membership, a 48% increase in Scout membership, a 28% increase in total units, and a 17.5% increase in total membership overall.

10. Beginning around March 2024, Plaintiff was subjected to ongoing harassment and discriminatory conduct by Patrick Smith, who frequently criticized her speech, writing, and tone, and required her to route communications through him to "sound more professional."

11. Plaintiff filed her first formal complaint with Human Resources in August 2024, reporting harassment, discrimination, and unequal treatment by Patrick Smith. No corrective action was taken.

12. After her complaint, the hostile work environment continued, and Plaintiff began experiencing retaliation, including being placed on an unwarranted Performance Progress Plan on July 8, 2024, and being falsely accused of PTO misuse.

13. Plaintiff was required to perform demeaning tasks that other District Executives were not required to do, including directing traffic while dressed in professional business attire, which was humiliating and inconsistent with her position.

14. Plaintiff was also subjected to racially insensitive remarks from Patrick Smith, who on multiple occasions commented on her natural hair, asking "what are those called," referring to her braids or plaits.

15. Plaintiff was denied or restricted from using her earned PTO and sick leave, even when she or her family members were ill. She was told she could only use five days per year, but the Employee Handbook allowed ten. Plaintiff was later written up falsely for "misuse of PTO hours."

16. Plaintiff was treated as if she were incompetent because she did not hold a college degree, despite being hired with full disclosure of her education and being recognized for her performance success.

17. Plaintiff was the only African American employee within the Conquistador Council and, upon information and belief, the only African American ever employed by the Council since its establishment in Roswell, New Mexico.

18. Plaintiff successfully established two new Scout troops and one Cub pack composed primarily of African American youth and leaders, promoting diversity within the Council.

19. Despite her success, Plaintiff was routinely humiliated and demeaned in front of coworkers, often being corrected, challenged, and forced to publicly justify her answers or actions, while other executives were not subjected to similar treatment.

20. In December 2024, Plaintiff confided privately to Carl Shelton that her husband had been injured and was unable to work, which caused financial hardship. Plaintiff later learned this information was shared without her consent when Patrick Smith asked about her husband's recovery and job status.

21. In early March 2025, Plaintiff was called into a meeting with Carl Shelton and Patrick

Smith. Both men spoke to Plaintiff in a hostile and demeaning tone. When Plaintiff told them not to speak to her "as if she were a child," Carl Shelton responded, "You're right, you're not my child — because if you were, oh, you don't know what I would do to you."

22. Plaintiff reasonably perceived this as a threat and subsequently filed her second formal HR complaint in March 2025, reporting continued harassment, retaliation, and threatening behavior.

23. Approximately one week after filing her second HR complaint, on April 9, 2025, Plaintiff was terminated under false allegations of "misuse of hours." Plaintiff asserts this was in retaliation for her protected activity.

24. Following Plaintiff's termination, Defendant replaced her approximately two months later with a Caucasian female. Plaintiff had been repeatedly told by Carl Shelton and Patrick Smith that she "did not fit the job description," despite her strong performance and measurable success.

25. Following her termination, Defendant offered Plaintiff a severance package equal to one month's pay in exchange for her agreement to waive her right to file for unemployment, submit an EEOC complaint, or pursue legal action. Plaintiff refused to sign the severance because she believed it was intended to silence her.

26. Carl Shelton questioned why Plaintiff would refuse the severance, referencing her financial hardship, which Plaintiff viewed as coercive and retaliatory.

## IV. DAMAGES

27. As a result of Defendant's conduct, Plaintiff has suffered:
   a. Loss of employment, wages, and benefits;
   b. Emotional distress, humiliation, and mental anguish;
   c. Damage to her professional reputation; and
   d. Other damages according to proof at trial.

## V. RELIEF REQUESTED

Plaintiff respectfully requests that the Court enter judgment in her favor and grant the following relief:
a. Back pay and lost benefits;
b. Compensatory and punitive damages as allowed by law;
c. Reinstatement or, alternatively, front pay;
d. Costs of suit and reasonable attorney's fees; and
e. Such other and further relief as the Court deems just and proper.

## VI. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.


Respectfully submitted,

*Brittney Brewer*
Brittney Brewer

Date: 11-10-2025

Plaintiff, Pro Se
1530 North Gila Drive
Hobbs, Lea County, NM 88240
(575) 602-4556
brittneybrewer10@yahoo.com

Attachments:

- Exhibit A – EEOC Right to Sue Letter

- Exhibit B – EEOC Charge of Discrimination (optional)

# JS 44 – CIVIL COVER SHEET
# U.S. DISTRICT COURT – DISTRICT OF NEW MEXICO

## PLAINTIFF INFORMATION
Name: Brittney Brewer
Address: 1530 North Gila Drive
City/State/ZIP: Hobbs, Lea County, NM 88240
Phone: (575) 602-4556
Email: brittneybrewer10@yahoo.com

## DEFENDANT INFORMATION
Name: Boy Scouts of America – Conquistador Council
Representative: Attn: Carl Shelton, Scout Executive
Address: 2603 North Aspen Avenue
City/State/ZIP: Roswell, NM 88201

## I. BASIS OF JURISDICTION
☑ Federal Question (U.S. Government Not a Party)
Reason: Action arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. (Employment Discrimination and Retaliation)

## II. CITIZENSHIP OF PRINCIPAL PARTIES
Plaintiff: Citizen of New Mexico
Defendant: Non-profit entity operating in New Mexico

## III. NATURE OF SUIT
☑ 442 – Civil Rights: Employment (Discrimination, Retaliation, Hostile Work Environment)

## IV. ORIGIN
☑ Original Proceeding

## V. CAUSE OF ACTION
42 U.S.C. § 2000e – Employment discrimination, retaliation, and harassment under Title VII of the Civil Rights Act of 1964.

## VI. REQUESTED IN COMPLAINT
☑ Jury Trial Requested
☑ Monetary Damages
☑ Reinstatement or Front Pay
☑ Other Relief as the Court Deems Proper

## VII. RELATED CASES (if any)

None known.

## VIII. FILING FEE AND SIGNATURE

Filing Fee: Motion to Proceed In Forma Pauperis submitted (fee waiver requested).

I declare under penalty of perjury that the information provided above is true and correct to the best of my knowledge.

Signature of Plaintiff: *Brittney Brewer* / *Brittney Brewer*

Date: 11-10-2025

Date: November 10, 2025

Clerk of Court
U.S. District Court for the District of New Mexico
333 Lomas Blvd NW
Albuquerque, NM 87102

RE: Brewer v. Boy Scouts of America – Conquistador Council

Dear Clerk,

Enclosed please find my original signed Complaint for Employment Discrimination, my Motion to Proceed In Forma Pauperis, and supporting exhibits, for filing in the above-referenced matter.

Please file this Complaint and return a file-stamped copy to me at the address below. If additional forms or information are required, please notify me.

Thank you for your assistance.

Sincerely,

Brittney Brewer
1530 North Gila Drive
Hobbs, Lea County, NM 88240
(575) 602-4556
brittneybrewer10@yahoo.com



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

El Paso Area Office
100 N. Stanton Street, Suite 600
El Paso, TX 79901
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 08/22/2025

**To:** Mrs. Brittney Brewer
1530 N Gila Dr.
Hobbs, NM 88240

Charge No: 453-2025-01073

EEOC Representative and email:  Erica Salas
Equal Opportunity Investigator - Bilingual Spanish
Erica.Salas@Eeoc.Gov

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 453-2025-01073

On behalf of the Commission,

Digitally Signed By: Elizabeth Porras
08/22/2025
_____
Elizabeth Porras
Area Office Director

Cc:
Boy Scouts of America Conquistador Council
1530 N. Gila Dr.
Hobbs, NM 88240


Please retain this Notice for your records.

Enclosure with EEOC Notice of Closure and Rights (05/25)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal**. You should **keep a record of the date you received EEOC's official notice of dismissal**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a

Enclosure with EEOC Notice of Closure and Rights (05/25)

FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 453-2025-01073 to the District Director at Travis Nicholson, 207 S. Houston Street, 3rd Floor, Dallas, TX 75202.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 453-2025-01073 to the District Director at Travis Nicholson, 207 S. Houston Street, 3rd Floor, Dallas, TX 75202.

You may request the charge file up to 90 days after receiving EEOC's official notice of dismissal. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

# CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| **CHARGE PRESENTED TO:** | **AGENCY CHARGE NO.** |
|---|---|
| EEOC | 453-2025-01073 |
| Texas Workforce Commission Civil Rights Division | |

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: Mrs. Brittney Brewer

Phone No.:       575-602-4556
Year of Birth:    1988
Mailing Address: 1530 N Gila Dr
HOBBS, NM 88240

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Boy Scouts of America Conquistador Council
No. Employees, Members: 15 - 100 Employees
Phone No.: (469) 216-6580
Mailing Address: 1530 N Gila Dr
HOBBS, NM 88240, UNITED STATES OF AMERICA
Name:
No. Employees, Members:
Phone No.:
Mailing Address:

DISCRIMINATION BASED ON:

Color, National Origin, Religion, Retaliation

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 01/02/2024
Latest: 04/09/2025

THE PARTICULARS ARE:

I. PERSONAL HARM:

I was hired on or about January 2, 2024, as a District Executive. On or about August 2024, I complained of discrimination and harassment by my supervisor. This issue was resolved until on or about January 2025, I was again harassed by my supervisor and Head Scout Executive after I informed him that I could not attend a meeting due to my religion.

On or about April 2025, I informed that I was being discharged due to misuse of hours.

II. RESPONDENT'S REASON FOR ADVERSE ACTION:

None given.

III. DISCRIMINATION STATEMENT:

I believe I have been retaliated against in violation of Section 704(a) of Title VII of the Civil Rights Act of 1964, as amended. I also believe I have been retaliated against in violation of Section 704(a) of Title VII of the Civil Rights Act of 1964, as amended.

EEOC No. 453-2025-01073 | FEPA No.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

Digitally Signed By: Mrs. Brittney Brewer
08/21/2025
_____
Charging Party Signature & Date

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

*Brittny Brewer*
Notarized Signature of Charging Party

Subscribed and sworn to before me this date: 11/10/2025

State of New Mexico
Notary Public
HEIDI STRINGFELLOW
Comission # 1128338
Expires: March 02, 2028

Signature of Notary *Heidi Stringfellow*
Printed Name Heidi Stringfellow

**CP ENCLOSURE WITH EEOC FORM 5 (06/24)**

**PRIVACY ACT STATEMENT**

Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (06/24).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

**NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW**

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so *within 15 days* of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

**NOTICE OF NON-RETALIATION REQUIREMENTS**

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA, Section 207(f) of GINA, and 42 USC 2000gg-2(f)(1) of the PWFA it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

```
BRITTNEY BREWER                          1 LBS       1 OF 1
(575) 602-4556                                  SHP WT: 1 LBS
THE UPS STORE #7217                             DATE: 10 NOV 2025
STE 400
3601 N GRIMES ST
HOBBS  NM 88240-1336

SHIP  CLERK OF COURT
 TO:  US DISTRICT COURT OF NEW MEXICO
      333 LOMAS BLVD NW

      ALBUQUERQUE  NM 87102-2272
```

NM 871 1-01



UPS GROUND
TRACKING #: 1Z 9R6 0V2 03 2983 1778

BILLING: P/P



Do not fold or bend

THE UPS STORE