IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BRITTNEY BREWER,

    Plaintiff,

v.                                                         No. 2:25-cv-01124-SMD-GJF

BOY SCOUTS OF AMERICA – CONQUISTADOR COUNCIL,

    Defendant.

### MEMORANDUM OPINION AND ORDER OF DISMISSAL

    Federal law requires that the Clerk of Court "require the parties instituting any civil action, suit or proceeding in such court ... to pay a filing fee of $350 ... [and] such additional fees only as are prescribed by the Judicial Conference of the United States." 28 U.S.C. §§ 1914(a, b).[1]  The Court "may authorize the commencement, prosecution or defense of any suit, action or proceeding civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefor."  28 U.S.C. § 1915(a)(1).

    Plaintiff filed a Motion to Proceed In Forma Pauperis.  *See* Doc. 2, filed November 12, 2025 ("Motion").  United States Magistrate Judge Gregory J. Fouratt notified Plaintiff the Motion does not contain sufficient information for the Court to authorize commencement of this lawsuit and that the Court requires plaintiffs seeking to proceed without prepaying fees to file the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) ("Long Form Application").  Judge Fouratt ordered Plaintiff to file a Long Form Application and ordered

---

[1] The fee for instituting any civil action, suit or proceeding is comprised of a $350.00 filing fee, *see* 28 U.S.C. §1914, and a $55.00 administrative fee.

the Clerk to send a Long Form Application to Plaintiff. *See* Order to Cure Deficiency, Doc. 4, filed November 13, 2025. Judge Fouratt also notified Plaintiff that failure to timely file a Long Form Application may result in denial of her Motion to Proceed In Forma Pauperis and that failure to comply with Court orders may result in dismissal of this case. *See* Order to Cure Deficiency at 2-3. The Court denies Plaintiff's Motion to Proceed In Forma Pauperis because Plaintiff did not file a Long Form Application or otherwise respond to Judge Fouratt's Order by the December 4, 2025, deadline.

The Court dismisses this case without prejudice because Plaintiff has not paid the fee for instituting this case and has not complied with Judge Fouratt's Order to file a Long Form Application. *See* Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action"); *Gustafson v. Luke*, 696 Fed.Appx. 352, 354 (10th Cir. 2017) ("Although the language of Rule 41(b) requires that the defendant file a motion to dismiss, the Rule has long been interpreted to permit courts to dismiss actions sua sponte for a plaintiff's failure to prosecute or comply with the rules of civil procedure or court's orders.") (quoting *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)).

**IT IS ORDERED** that:

(i)   Plaintiff's Motion to Proceed In Forma Pauperis. *See* Doc. 2, filed November 12, 2025, is **DENIED.**

(ii)  This case is **DISMISSED without prejudice.**

_____
**UNITED STATES DISTRICT JUDGE**